IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | |
|---|---|
| JACKLYN WILFERD | § § § |
| Plaintiff, | § |
| | §  CIVIL ACTION |
| v. | § |
| | §  FILE NO. 1:20-CV-01955-SDG |
| DIGITAL EQUITY, LLC and KHURAM DHANANI | § § |
| | § |
| Defendants. | § |

_____

**STIPULATION OF SETTLEMENT AND MUTUAL DISMISSALS WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**

_____

**COME NOW** Plaintiff Jacklyn Wilferd, Deceased, by and through Jule Wilferd, authorized representative of Erving Charles Wilferd, the Decedent's sole heir at law and successor in interest with respect to Decedent's interest in this action, as evidenced by the duly-executed <u>Affidavit Pursuant to Section 377.32 of the California Code of Civil Procedure</u> filed simultaneously herewith, and Defendants Digital Equity, LLC and Khuram Dhanani, by and through their counsel of record, and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action is settled and resolved in full.

Plaintiff hereby dismisses the Complaint as amended WITH PREJUDICE.

Defendants hereby dismiss their Counterclaims WITH PREJUDICE.

SO STIPULATED AND AGREED this 29th day of December, 2023.

FOR PLAINTIFF:

_____
Jule Wilferd,
Authorized Representative of Erving
Charles Wilferd, Successor in Interest
to Plaintiff Jacklyn Wilferd, Deceased

18633 Stanton Avenue,
Castro Valley, CA 94546
(510) 290-1884
jule@awtchiro.com


FOR DEFENDANTS:

_____
Michael A. Dominy
Georgia State Bar No. 225335
Attorney for Defendants

The Dominy Law Firm, LLC
403 W. Ponce de Leon Avenue
Suite 207
Decatur, GA 30030
(404) 312-7663

michael@dominylaw.net

Doc ID: ee0b478ec117c45bba225419c4dfb81295786314

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

| | |
|---|---|
| JACKLYN WILFERD | § |
| | § |
| Plaintiff, | § |
| | § CIVIL ACTION |
| v. | § |
| | § FILE NO. 1:20-CV-01955-SDG |
| DIGITAL EQUITY, LLC and KHURAM DHANANI | § |
| | § |
| Defendants. | § |

_____

**CERTIFICATE OF SERVICE**
_____

THIS IS TO CERTIFY that I have this day served a copy of the foregoing **Stipulation of Settlement and Mutual Dismissals with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** upon all parties in this matter by electronically filing a copy of same using the Court's CM/ECF system, which will automatically send an electronic copy to all counsel of record.

This 30th day of December, 2023

_____
Michael A. Dominy
State Bar No. 225335
Attorney for Defendants